JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. DAVIS,<br>　　　　Petitioner,<br>　v.<br>FELICIA PONCE (Warden),<br>　　　　Respondent. | No. LA CV 17-08351-VBF-JC<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent warden and against petitioner Joseph L. Davis.** IT IS SO ADJUDGED.

Dated: May 8, 2018

　　　　　　　　　　　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Senior United States District Judge